**JACK RAPPAPORT**
ATTORNEY AT LAW

10 GRACE AVENUE, SUITE 4
GREAT NECK, NY 11021

(516) 829-6847
~~FAX (516) 482-4875~~
E-MAIL RPPP59@AOL.COM

Hon. Frederic Block

August 16, 2021

Senior Judge

New York Eastern District

225 Cadman Plaza Brooklyn NY 11201

FAX- 718 260-2426

RE: US Eastern District Court

Eugene Duncan et al. vs. Daytona Trimmings Inc.

ECF Case No. 1:21-cv-3981

Hon. Judge Block,

    I am the Attorney for the Defendant Daytona Trimmings Inc. and am respectfully requesting a 30 day adjournment to file an Answer on behalf of this Defendant. This is the first and only request I have made in this matter.

    I have spoken to the Attorney for the Plaintiff Bradly G. Marks and he has consented to this 30 day adjournment request. Thank you for all courtesies.

*Jack Rappaport*
JACK RAPPAPORT

10 Grace Avenue Suite 4

Great Neck, NY 11021

516-829-6847

Email: rppp59@aol.com

CC: BRADLY G. MARKS
FAX 1-646-867-2639
E-MAIL - brad@markslawpc.com